RECEIVED
CHARLOTTE, N.C.
JUN 1 4 2005
Clerk, U. S. Dist. Court
W. Dist. of N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04 CV 597

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$10,800.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>)<br>)<br>) | **DEFAULT JUDGMENT OF FORFEITURE** |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1. A verified complaint for forfeiture in rem of the defendant property was filed on December 6, 2004. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest in rem, the government duly seized the defendant property. Service of process was made by publication of public notice in The Mecklenburg Times on February 15 2005, February 22, 2005, and March 1, 2005. Based on the affidavit of Detective J.A. Smallridge, service of process was made upon the person of Frederick Lydell Moore on January 26, 2005.

3. No person has filed a verified claim or an answer within the time allowed by law, and default was accordingly entered on ___June 20, 2005___.

4. Based on the affidavit of Detective J. A. Smallridge, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of

and/or was used or intended to be used to facilitate illegal drug trafficking, and that it is therefore subject to forfeiture under 21 U.S.C. §881(a)(6).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the defendant property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed this the 20th day of June 2005.

*Graham C. Mullen*

UNITED STATES DISTRICT JUDGE